**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jerry Leon ROBINSON, also known
as Jerry Robinson, Defendant-
Appellant**

**No. 15–60352 c/w No. 15–60564
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/28/2016

Gaines H. Cleveland, Assistant U.S. Attorney, John Arthur Meynardie, Esq., U.S. Attorney's Office, Southern District of Mississippi, Gulfport, MS, for Plaintiff–Appellee.

Jerry Leon Robinson, Bennettsville, SC, Pro Se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Jerry Robinson, federal inmate # 15972–043, seeks leave to proceed in forma pauperis (IFP) in his appeals from the denial of his motions to compel counsel to surrender his case file and to dismiss the indictment for lack of subject jurisdiction. The appeals are CONSOLIDATED.

Neither of Robinson's motions fell into a recognized category of post-conviction motions. Consequently, the instant appeals

---

are from the denial of "meaningless, unauthorized motion[s]," and the district court lacked jurisdiction to entertain them. *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Thus we pretermit as moot any ruling on Robinson's IFP motions.

APPEALS DISMISSED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be